UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

WILLMAN GUTIERREZ,

              Plaintiff,

  -against-

TIME WARNER NY CABLE, INC. d/b/a TIME
WARNER CABLE OF NEW YORK CITY;
BROADBAND ACCESS NETWORKING
GROUP, INC.; ANSTIER ELECTRIC, LLC;
TRANSTEC SYSTEMS, INC.; and SASTRI
RAMSARAN a/k/a DAVID SOOKDEO,

              Defendants.

------------------------------------------------------------x

14 Civ. 5187 (VSB)

STIPULATION

The initial conference scheduled for February 27, 2015 is hereby adjourned sine die.

**SO ORDERED:**

_/s/ Vernon Broderick_
HON. VERNON S. BRODERICK  2/23/2015
UNITED STATES DISTRICT JUDGE

IT IS HEREBY STIPULATED AND AGREED by the undersigned, that plaintiff hereby dismisses this action, with prejudice, and that the parties hereby waive any claims for costs or attorney fees against each other.

Dated: New York, New York
       February ___, 2015

_____
Stuart Lichten (SL-1258)
LICHTEN & BRIGHT, P.C.
Attorneys for Plaintiff
373 Park Avenue South - 9th Floor
New York, New York  10016
(646) 588-4872

_____
Leo K. Barnes Jr.
BARNES & BARNES, P.C.
Attorneys for Defendant Broadband Access
      Networking Group, Inc.
445 Broadhollow Road, Suite 229
Melville, New York  11747
(516) 673-0674

_____
Kenneth A. Bloom
GARTNER & BLOOM, P.C.
Attorneys for Defendant Time Warner NY Cable LLC
801 Second Avenue, 15th Floor
New York, New York 10017
(212) 759-5800

**SO ORDERED:**

_____
U.S.D.J.